1  JOHN N. DROOYAN, ESQ./SBN 238609
   LAW OFFICE OF JOHN DROOYAN
2  259 West 7" Street
   San Pedro, CA 90731
3  Telephone:  (310)309-9430
   Facsimile:  (310)359-0245
4  jd@drooyanlaw.com

5  Attorney for Plaintiff
   Maria Jose Rincon Mancheno

6

7  Joedy P. DeFrank, ESQ. /SBN 105102
   2386 Fair Oaks Blvd., Ste. 202
8  Sacramento, CA 95825
   Telephone:  (916)640-8612
9  Facsimile:  (916)640-8613
   joedypdefrank@aol.com

10
   Attorney for Defendant
11 Robert J. Richard

12
                     UNITED STATES DISTRICT COURT
13
                    EASTERN DISTRICT OF CALIFORNIA
14

15
   MARIA JOSE RINCON MANCHENO,    )    Case No. 2:15-CV-01975-KJM-GGH
16 an Individual,                 )
                                  )
17                                )
                                  )    STIPULATED  JUDGMENT
18                                )
                                  )
19          Plaintiff,            )
   vs.                            )
20                                )
                                  )
21 ROBERT J. RICHARD, an          )
   Individual                     )
                                  )
                                  )
23                                )
                                  )
M                                 )
                                  )
25          Defendant.            )

26

27
   _____
                        STIPULATED  JUDGMENT
28

TO THE COURT AND ALL PARTIES:

2       Pursuant to the terms agreed to at the settlement conference

3  with Judge Gregory G. Hollows, conducted on June 9, 2016, by

4  Plaintiff MARIA JOSE RINCON MANCHENO, Hho appeared by telephone,

5  and Defendant Robert J. Richard, who personally appeared at the

6  settlement conference; the terms of which were approved by

7  Plaintiff's counsel John N. Drooyan, and Defendant's counsel

8  Joedy DeFrank, both of whom appeared at the Settlement

9  Conference, the parties submit the following STIPULATED JUDGMENT:

10      **(i)** Pursuant to parties 5075 days of marriage until

11  separation, and Defendant ROBERT RICHARD's 9318 days of service

12  in the United States Air Force, Plaintiff MARIA RINCON MANCHENO

13  has a .2723 community property interest in Defendant ROBERT

14  RICHARD's military retirement pay.

15      **(ii)** Defendant RICHARD currently receives monthly pension

16  payments in the gross amount of $2,882.00; of which $784.76 are

17  owed to Plaintiff MANCHENO.  Defendant RICHARD will hereafter

18  make monthly payments, currently in the amount of $784.76, to

19  Plaintiff MANCHENO for her community property interest in

20  Defendant RICHARD's military retirement pay.  Payment is due the

21  first of each month beginning with August 1, 2016.

22      **(iii)** The parties will cooperate in order for Defendant

23  RICHARD to submit the proper paperwork to the Defense Accounting

24  and Finance Service ("DFAS") to process and make  monthly

25  payments directly to Plaintiff MANCHENO for Plaintiff's community

26  property share of Defendant RICHARD's military retirement pay.

27

28                          STIPULATED JUDGMENT

1    **(iv)** Until such time as the DFAS begins making  monthly

2  payments directly to Plaintiff MANCHENO for Plaintiff's community

3  property share of Defendant RICHARD's military retirement pay,

4  Defendant RICHARD will make payments to Plaintiff which are to be

5  deposited into the parties' Navy Federal Credit Joint Account

6  #7003814527 with routing #250-7497-4; beginning with $784.76 on

7  or before August 1, 2016; and due the first of each month

8  thereafter.  While Plaintiff MANCHENO awaits the processing of

9  her own card for the aforementioned joint account, Plaintiff

10  MANCHENO will be using Defendant RICHARD's card to access her

11  monthly share of Defendant RICHARD's military retirement pay.  At

12  the beginning of each new year Defendant RICHARD will  inform

13  Plaintiff MANCHENO of the amount Defendant RICHARD's monthly

14  retirement pay, which increases each year, for the current year.

15    **(v)** In the event that the DFAS and Defendant RICHARD both

16  make a payment or payments for the same time period, and are

17  duplicate payments,  Plaintiff MANCHENO will refund the

18  duplicated payment or payments.

19    **(vi)** Beginning August 1, 2016, Defendant RICHARD will make

20  monthly payments of $500 to Plaintiff's counsel John Drooyan (for

21  attorney's fee and costs), located at 259 West 7'" Street,  San

22  Pedro, California 90731; which shall be due on the first of every

23  month, and shall continue for two years with the  last payment due

24  July 1, 2018.

25    **(vii)** Beginning August 1, 2018, Defendant RICHARD will make

26  monthly payments of $300 to Plaintiff MARIA MANCHENO  (for money

27

28                          STIPULATED JUDGMENT

 1  owed Plaintiff from Defendant's past military retirement pay) in

 2  addition to Defendant's monthly payment of Plaintiff's .2723

 3  community property interest in Plaintiff's military retirement

 4  pay, to be deposited to the parties' Navy Federal Credit Joint

 5  Account #7003814527 with routing #250-7497-4; which shall be

 6  due on the first of every month, and shall continue for five

 7  years with the last final payment due July 1, 2023.

 8        **(viii)** The Court will retain jurisdiction until Defendant

 9  RICHARD makes the final monthly payment of $300, due on July 1,

 10 2023.

 11

 12 Dated: September  , 2016        _/s/_____
                                      Maria Jose Rincon Mancheno

 13

 1

 15 Dated: September  , 2016        LAW OFFICE OF JOHN DROOYAN

 16

 17                                 _/s/_____
                                      John N. Drooyan
 18                                   Attorney For Plaintiff
                                    Maria Jose Rincon Mancheno

 19


 20  Date: September , 2016         _/s/_____
                                      Robert J. Richard

 21

 22  Date: September,  2016            JOEDY DEFRANK

 23

 24                                 _/s/_____
                                      Joedy P. DeFrank
 25                                 Attorney for Defendant
 26                                 Robert J. Richard


(continued to the next page)

IT IS SO ORDERED AND THE Clerk shall close this case.

Dated: October 12, 2016

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

27

28

**STIPULATED JUDGMENT**
